**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:   05-67907 |
| CHRISTINA ANN KENNEDY | |
| 5511 BLUEBELL RD | Judge:   C KATHRYN PRESTON |
| CUMBERLAND, OH  43732 | |

SSN(S):   XXX-XX-8225

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:   January 25, 2010 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| CHRISTINA ANN KENNEDY<br>5511 BLUEBELL RD<br>CUMBERLAND, OH  43732 | 2.86 |